IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PEGGY A. WILEMAN,

    Plaintiff,

v.

SCHOOL DISTRICT OF JANESVILLE,
JESSICA GRANDT-TURKE and
STEPHEN D. SPERRY,

    Defendants.

ORDER

17-cv-531-jdp

---

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered June 18, 2018.

BY THE COURT:

JAMES D. PETERSON
District Judge